

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2020

No. 04-20-00437-CV

**PROGRESO LLC** and Progreso La Michoacana Meat Market San Antonio #10, LLC,
Appellants

v.

Rosamaria **GONZALEZ**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI25139
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

On September 23, 2020, we ordered appellants to show cause why this appeal should not be dismissed for lack of jurisdiction because the record did not contain an appealable order. On October 27, 2020, the district clerk filed a supplemental clerk's record containing an appealable order. As a result, we retain this appeal on our docket. Because the appellate record is now complete, we ORDER appellants to file their brief **by November 18, 2020.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2020.

_____
Michael A. Cruz,
Clerk of Court